IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSH DAWSON**                                                                                       **PLAINTIFF**

v.                                    **CASE NO. 3:22-CV-00072-BSM**

**D & H CONTRACTING, INC.**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE